Name & Address:
Kenneth A Reed
406 West 4th Street
Santa Ana, CA 92701
(714) 953-7400
Kenneth@kennethreedlaw.net

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 21-cr-00188_SVW |
| v. | |
| WILLIAM STEPANYAN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exparte Application for underseal filing; Declaration of counsel
Proposed Order sealing Exparte Application;
Exparte Application for CJA services on a retained case; Declaration of counsel; exhibits
Proposed Order on Defendant's Application for CJA services on a retained case

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 20, 2021                                  Kenneth Reed
Date                                           Attorney Name
                                               William Stepanyan
                                               Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**